UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 OCT -1 AM 11: 55

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20CR166 |
| Plaintiff, | JUDGE MARBLEY |
| vs. | INDICTMENT |
| KAMAR L. COX, <br> a/k/a "Kemar L. Cox," <br> a/k/a "Bemar," | 18 U.S.C. § 2114(a) <br> 18 U.S.C. § 924(c)(1)(A) <br> 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Robbery of Mail, Money, or Other Property of the United States)

On or about August 21, 2020, in the Southern District of Ohio, the defendant, **KAMAR L. COX, a/k/a "Kemar L. Cox," a/k/a "Bemar,"** did knowingly and intentionally rob Victim #1, a person having lawful charge, control, and custody of money of the United States in the approximate value of $500.00, and in effecting such robbery, did put in jeopardy the life of Victim #1 by the use of a dangerous weapon, that is, a Glock handgun.

**In violation of Title 18, United States Code, Section 2114(a).**

## COUNT 2
### (Use of a Firearm during and in Relation to a Crime of Violence)

On or about August 21, 2020, in the Southern District of Ohio, the defendant, **KAMAR L. COX, a/k/a "Kemar L. Cox," a/k/a "Bemar,"** did knowingly and intentionally use, carry, and brandish a firearm, that is, a Glock handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the Robbery of Victim #1 as charged in Count 1, the allegations of which are incorporated here by reference.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
### (Felon in Possession of a Firearm)

On or about August 21, 2020, in the Southern District of Ohio, the defendant, **KAMAR L. COX, a/k/a "Kemar L. Cox," a/k/a "Bemar,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Glock handgun, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

s/ Foreperson
**Foreperson**

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

NOAH R. LITTON (0090479)
Assistant United States Attorney