UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:20-CR-166 |
| Plaintiff, | |
| vs. | JUDGE SARAH D. MORRISON |
| **KAMAR L. COX,** a/k/a "Kemar L. Cox," a/k/a "Bemar," | |
| **Defendant.** | |

## VERDICT FORM
## COUNT 1

We the jury, in the above-entitled case, unanimously find the defendant, Kamar L. Cox,

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

of robbery of money belonging to the United States, as charged in Count 1.

| | |
|---|---|
| _____#199_____ Foreperson | _____#118_____ |
| _____#187_____ | _____#169_____ |
| _____#075_____ | _____#226_____ |
| _____#069_____ | _____#009_____ |
| _____#030_____ | _____#008_____ |
| _____#050_____ | _____#022_____ |

SIGNED THIS \_\_\_\_9\_\_\_\_ DAY OF MARCH, 2022.

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:20-CR-166** |
| **Plaintiff,** | |
| vs. | **JUDGE SARAH D. MORRISON** |
| **KAMAR L. COX,** a/k/a "Kemar L. Cox," a/k/a "Bemar," | |
| **Defendant.** | |

If you find Defendant Kamar L. Cox <u>not</u> guilty of Count 1, do <u>not</u> answer the following special jury finding. If, however, you find the defendant guilty of Count 1, please answer the following special jury finding:

**SPECIAL JURY FINDING FOR COUNT 1:**

<u>Finding #1</u>: Do you unanimously agree that, while committing the robbery alleged in Count 1 of the indictment, the defendant jeopardized the life of Tavon Ellis by using a dangerous weapon?

No  <u>  X  </u>    Yes  <u>      </u>

<u>      #199               </u>             <u>             #118          </u>
Foreperson

<u>      #187               </u>             <u>             #169          </u>

<u>      #075               </u>             <u>             #226          </u>

<u>      #069               </u>             <u>             #009          </u>

<u>      #030               </u>             <u>             #008          </u>

<u>      #050               </u>             <u>             #022          </u>

SIGNED THIS <u>   9    </u> DAY OF MARCH, 2022.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:20-CR-166** |
| **Plaintiff,** | |
| vs. | **JUDGE SARAH D. MORRISON** |
| **KAMAR L. COX,** a/k/a "Kemar L. Cox," a/k/a "Bemar,"  **Defendant.** | |

## VERDICT FORM
### COUNT 2

We the jury, in the above-entitled case, unanimously find the defendant, Kamar L. Cox,

    __X__ Not Guilty                       _____ Guilty

of use/carrying of a firearm during and in relation to a crime of violence, as charged in Count 2.

| | |
|---|---|
| #199  Foreperson | #118 |
| #187 | #169 |
| #075 | #226 |
| #069 | #009 |
| #030 | #008 |
| #050 | #022 |

SIGNED THIS ___9___ DAY OF MARCH, 2022.

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:20-CR-166** |
| **Plaintiff,** | |
| vs. | **JUDGE SARAH D. MORRISON** |
| **KAMAR L. COX,** a/k/a "Kemar L. Cox," a/k/a "Bemar," | |
| **Defendant.** | |

If you find Defendant Kamar L. Cox <u>not</u> guilty of Count 2, do <u>not</u> answer the following special jury finding. If, however, you find the defendant guilty of Count 2, please answer the following special jury finding:

**SPECIAL JURY FINDING FOR COUNT 2:**

<u>Finding #1</u>: Do you unanimously agree that the defendant *brandished* a firearm during and in relation to the robbery alleged in Count 1 of the indictment?

No _____   Yes _____

_____
Foreperson

_____   _____

_____   _____

_____   _____

_____   _____

SIGNED THIS ___9___ DAY OF MARCH, 2022.

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:20-CR-166 |
| Plaintiff, | |
| vs. | **JUDGE SARAH D. MORRISON** |
| **KAMAR L. COX,** a/k/a "Kemar L. Cox," a/k/a "Bemar," | |
| Defendant. | |

## VERDICT FORM
### COUNT 3

We the jury, in the above-entitled case, unanimously find the defendant, Kamar L. Cox,

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

of being a convicted felon in possession of a firearm, as charged in Count 3.

| | |
|---|---|
| \_\_\_\_\_#199\_\_\_\_\_ Foreperson | \_\_\_\_\_#118\_\_\_\_\_ |
| \_\_\_\_\_#187\_\_\_\_\_ | \_\_\_\_\_#169\_\_\_\_\_ |
| \_\_\_\_\_#075\_\_\_\_\_ | \_\_\_\_\_#226\_\_\_\_\_ |
| \_\_\_\_\_#069\_\_\_\_\_ | \_\_\_\_\_#009\_\_\_\_\_ |
| \_\_\_\_\_#030\_\_\_\_\_ | \_\_\_\_\_#008\_\_\_\_\_ |
| \_\_\_\_\_#050\_\_\_\_\_ | \_\_\_\_\_#022\_\_\_\_\_ |

SIGNED THIS \_\_\_9\_\_\_ DAY OF MARCH, 2022.